Opinion by TYSON, J.

———

# Hardy *et al.* v. Gunn.

APPEAL from Shelby Circuit Court.
Tried before the Hon. GEORGE E. BREWER.

KNOX, BOWIE & PELHAM, W. S. CARY and A. P. LONGSHORE, for appellants.

BROWNE & LEEPER and W. R. OLIVER, for appellee.

This was an action of ejectment brought by the appellee, James H. Gunn, against J. D. Hardy and Louvisa Hardy, to recover certain lands specifically described in the complaint.

There were verdict and judgment for the plaintiff. The defendants appeal and assign as error the giving of the general affirmative charge requested by the plaintiff.

Judgment reversed, and cause remanded.